No. 234. KELLY, DOING BUSINESS AS KELLY DAIRIES, *v.* UNITED STATES. Court of Claims. Certiorari denied. *Robert F. Klepinger* for petitioner. *Solicitor General*

*Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Joseph Kovner* for the United States. ▮